JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a)  PLAINTIFFS**
Randy Chu

**DEFENDANTS**
Trump Entertainment Resorts, Inc., et al.

**(b)**  County of Residence of First Listed Plaintiff     Harris
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Atlantic
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*
Edward S. Goldis, Feldman Shepherd Wohlgelernter Tanner Weinstock
& Dodig, LLP, 1845 Walnut St., 21st Fl., Phila., PA  19103,
215-567-8300

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1   U.S. Government<br>Plaintiff | ☐ 3   Federal Question<br>*(U.S. Government Not a Party)* |
| ☐ 2   U.S. Government<br>Defendant | ☒ 4   Diversity<br>*(Indicate Citizenship of Parties in Item III)* |

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | Act |
| | Medical Malpractice | | Leave Act | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
Proceeding
☐ 2  Removed from
State Court
☐ 3  Remanded from
Appellate Court
☐ 4  Reinstated or
Reopened
☐ 5  Transferred from
Another District
*(specify)*
☐ 6  Multidistrict
Litigation

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332
Brief description of cause:
Personal injury caused by condition of defendants' property.

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE
07/23/2013

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 9206 Reagan Meadows Court, Houston, TX 77060 _____

Address of Defendant: 15 South Pennsylvania Ave., Atlantic City, NJ 08401 _____

Place of Accident, Incident or Transaction: Trump Taj Mahal Casino Resort, Atlantic City, NJ _____
(*Use Reverse Side For Additional Space*)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
   (Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐   No☑

Does this case involve multidistrict litigation possibilities?    Yes☐   No☑

*RELATED CASE, IF ANY*:
Case Number: _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes☐   No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes☐   No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes☐   No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes☐   No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases

11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☑ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) Premises Liability

## ARBITRATION CERTIFICATION
(*Check Appropriate Category*)

I, Edward S. Goldis _____, counsel of record do hereby certify:
   ☑ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
   ☐ Relief other than monetary damages is sought.

DATE: 7/23/13 _____   Edward S. Goldis _____   88233 _____
                        Attorney-at-Law                Attorney I.D.#
**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 7/23/13 _____   Edward S. Goldis _____   88233 _____
                        Attorney-at-Law                Attorney I.D.#

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Randy Chu                 :    CIVIL ACTION
                                    :

v.                          :    NO.

Trump Entertainment Resorts, Inc., et al.    :

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court.  (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (X)

| 7/23/13 | Edward S. Goldis | Plaintiff |
|---|---|---|
| Date | Attorney-at-law | Attorney for |
| 215-567-8300 | 215-567-8333 | egoldis@feldmanshepherd.com |
| Telephone | FAX Number | E-Mail Address |

**(Civ. 660) 10/02**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY CHU<br><br>                      Plaintiff<br><br>     vs.<br><br>TRUMP ENTERTAINMENT RESORTS, INC.<br>    and<br>TRUMP ENTERTAINMENT RESORTS HOLDINGS, L.P.<br>    and<br>TRUMP TAJ MAHAL ASSOCIATES, LLC<br>d/b/a TRUMP TAJ MAHAL CASINO RESORT<br>    and<br>TRUMP ENTERTAINMENT RESORTS<br>DEVELOPMENT COMPANY, LLC<br>    and<br>THCR MANAGEMENT SERVICES, LLC<br>                  Defendants | CIVIL ACTION<br><br>No.<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT - CIVIL ACTION

I.    **PARTIES**

1.     Plaintiff Randy Chu is a citizen and resident of the State of Texas, residing therein at 9206 Reagan Meadows Court, Houston, Texas 77060.

2.     Defendant Trump Entertainment Resorts, Inc. is a Delaware Corporation with a registered agent for service and process c/o Robert M. Pickus, 15 South Pennsylvania Avenue, Atlantic City, New Jersey, 08401.

3.     Defendant Trump Entertainment Resorts Holdings, L.P. is a Delaware Limited Partnership with a registered agent for service and process c/o Robert M. Pickus, 1000 Boardwalk, Atlantic City, New Jersey, 08401.

4.     Defendant Trump Taj Mahal Associates, LLC, d/b/a Trump Taj Mahal Casino Resort is a Domestic Limited Liability Company with a registered agent for service of process c/o Robert M. Pickus, 1000 Boardwalk, Atlantic City, New Jersey, 08401.

5.     Defendant Trump Entertainment Resorts Development Company, LLC is a business entity with an address for service of process at 1000 Boardwalk, Atlantic City, New Jersey, 08401.

6.     Defendant THCR Management Services, LLC is a Delaware Limited Liability Company with a registered agent for service of process c/o Robert M. Pickus, 1000 Boardwalk, Atlantic City, New Jersey, 08401.

7.     Defendants Trump Entertainment Resorts, Inc., Trump Entertainment Resorts Holdings, L.P., Trump Taj Mahal Associates, LLC, d/b/a Trump Taj Mahal Casino Resort, Trump Entertainment Resorts Development Company, LLC, and THCR Management Services, LLC are hereinafter collectively referred to as the "Trump defendants."

8.     At all times relevant hereto, the Trump defendants owned, operated, maintained and controlled a hotel and casino in Atlantic City, New Jersey, which was open to the public.

## II.   JURISDICTION

9.     Jurisdiction is founded upon diversity of citizenship.  Plaintiff is a citizen of the State of Texas and the defendants are citizens of the State of New Jersey and/or Delaware.  The matter in controversy, exclusive of interests and costs, exceeds the sum specified in 28 U.S.C. § 1332.

## III.  FACTS

10.    On October 12, 2012, plaintiff Randy Chu was a business invitee and paying guest of the Trump defendants.

11.    On the aforesaid date at approximately 6:30 p.m., plaintiff was using a handicapped ramp inside the casino when he tripped and began to fall.

12.    As plaintiff was falling, he reached for the adjacent railing, which broke and fell apart, causing plaintiff's arm to be severely lacerated by an exposed sharp edge of the broken railing.

## IV.    CAUSES OF ACTION

### COUNT ONE - NEGLIGENCE

### Plaintiff Randy Chu v. All Defendants

13.    The preceding paragraphs are incorporated by reference as if the same were fully set forth at length herein.

14.    At all times relevant hereto, the Trump defendants had a non-delegable duty to provide safe and secure facilities for plaintiff and other patrons of the Trump defendants.

15.    The Trump defendants knew or by using reasonable care should have discovered the condition which caused plaintiff's injuries, and should have realized that the condition involved an unreasonable risk of harm to invitees in general, and plaintiff in particular.

16.    Plaintiff did not know or have reason to know of the condition or the risk of the condition.

17.    The Trump defendants knew or should have expected that invitees, licensees and plaintiff, in particular, would not discover or realize the danger or would fail to protect themselves from the danger.

18.    The Trump defendants, individually and through their actual and/or ostensible agents, servants, and/or employees, were negligent, careless and breached their duty of care generally and in the following particular respects:

      a.    creating a dangerous condition of the premises;

      b.    maintaining a dangerous condition of the premises;

      c.    failing to warn the plaintiff of a dangerous condition of the premises;

      d.    failing to use reasonable care in the maintenance and use of the premises;

      e.    failing to use reasonable care to protect plaintiff from foreseeable harm;

      f.    failing to inspect the premises and discover the dangerous condition;

-3-

g.    failing to realize the dangerous condition involved an unreasonable risk of harm to plaintiff;

h.    failing to properly install the railings in the casino;

i.    failing to properly inspect the railings in the casino;

j.    failing to properly maintain and/or repair the railings in the casino;

k.    failing to properly supervise the installation, inspection, maintenance, and repair of the railings in the casino;

l.    failing to detect and identify the broken railing;

m.    failing to inspect and repair the railing in a timely manner;

n.    failing to create, implement and enforce proper policies and procedures for the inspection, maintenance and repair of the railing;

o.    failing to comply with policies and procedures for the inspection, maintenance and repair of the railing;

p.    failing to comply with industry standards and practices for the inspection, maintenance and repair of the railing;

q.    failing to contact the maintenance department to notify it of the broken railing;

r.    failing to close the area around the railing until it was repaired; and

s.    failing to use "hazard" cones and/or other devices to warn of the dangerous condition.

19.    As a direct result of the negligence, carelessness and other liability producing conduct of the defendants, plaintiff Randy Chu was caused to sustain serious and permanent personal injuries including, but not limited to, a left forearm dorsal laceration requiring approximately 20 stitches and laceration of extensor muscles and tendons, all of which required medical care and intensive physical therapy and treatment and which will require ongoing medical care and treatment, including future surgical intervention.

20.    As a direct result of the negligence, carelessness and other liability producing conduct

-4-

of the defendants, plaintiff has incurred substantial expenses for medical care and treatment, and he will continue to incur such expenses for the rest of his life.

21. As a direct result of the negligence, carelessness and other liability producing conduct of the defendants, plaintiff has suffered a loss of his earnings and earning capacity, and he will continue to suffer such loss for the rest of his life.

22. As a direct result of the negligence, carelessness and other liability producing conduct of the defendants, plaintiff has suffered a diminution in his ability to enjoy the ordinary pleasures of life, and he will continue to suffer such loss for the rest of his life.

23. As a direct result of the negligence, carelessness and other liability producing conduct of the defendants, plaintiff has experienced severe physical and emotional pain and suffering, and he will continue to suffer the same for the rest of his life.

WHEREFORE, plaintiff Randy Chu demands judgment in his favor and against the Trump defendants for an amount in excess of the jurisdictional limit for arbitration together with interest and costs.

### JURY DEMAND

Trial by jury is demanded as to all issues set forth herein.

FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP

Alan M. Feldman
Daniel J. Mann
Edward S. Goldis
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
215-567-8300
Attorneys for Plaintiff

Date:  7/23/13

-5-