## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| RANDY CHU<br><br>                                Plaintiff<br><br>      vs.<br><br>TRUMP ENTERTAINMENT RESORTS, INC.<br>      and<br>TRUMP ENTERTAINMENT RESORTS HOLDINGS, L.P.<br>      and<br>TRUMP TAJ MAHAL ASSOCIATES, LLC<br>d/b/a TRUMP TAJ MAHAL CASINO RESORT<br>      and<br>TRUMP ENTERTAINMENT RESORTS<br>DEVELOPMENT COMPANY, LLC<br>      and<br>THCR MANAGEMENT SERVICES, LLC<br>                             Defendants | CIVIL ACTION<br><br>No. 2:13-cv-04262-WY<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE

It is hereby STIPULATED and AGREED amongst the parties that the above-captioned matter shall be discontinued without prejudice to plaintiff's right to pursue a claim against the defendants under the case captioned Chu v. Trump Entertainment Resorts, Inc., et al., U.S.D.C. District of New Jersey, Civil Action No. 1:13-cv-05362-RBK-AMD.

| | |
|---|---|
| FELDMAN, SHEPHERD, WOHLGELERNTER, TANNER, WEINSTOCK & DODIG, LLP | MARKS, O"NEILL, O"BRIEN, DOHERTY & KELLY, P.C. |
| \s\ Edward S. Goldis   #88233 | \s\ Elizabeth A. Chalik   #88157 |
| EDWARD S. GOLDIS | ELIZABETH A. CHALIK |
| 1845 Walnut Street, 21st Floor | 1800 J.F.K. Blvd., Suite 1900 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| 215-567-8300 | 215-564-6688 |
| Attorney for Plaintiff | Attorney for Defendants |

APPROVED BY THE COURT:

_____
                                    J.